AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ABANTE ROOTER AND PLUMBING INC, a California corporation, individually and on behalf of all others similarly situated,<br>*Plaintiff*<br>v.<br>BIZLENDER LLC, a Delaware limited liability company, and DOES 1 through 10, inclusive,<br>*Defendant* | Case No. 4:17-cv-06863-DMR |

## APPEARANCE OF COUNSEL

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Defendant Bizlender LLC

Date: January 10, 2018

/s/ Ana Tagvoryan
*Attorney's signature*

Ana Tagvoryan (SBN 246536)
*Printed name and bar number*

BLANK ROME LLP
2029 Century Park East, 6th Floor
Los Angeles, CA 90067
*Address*

ATagvoryan@BlankRome.com
*E-mail address*

424.239.3400
*Telephone number*

424.239.3434
*FAX number*


American LegalNet, Inc.
www.FormsWorkFlow.com

# CERTIFICATE OF SERVICE

STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

 I am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action. My business address is 2029 Century Park East, 6th Floor, Los Angeles, California 90067.

 On January 10, 2018, I served foregoing document entitled **APPEARANCE OF COUNSEL (ANA TAGVORYAN)** on the interested parties in this action, addressed and sent as follows:

| | |
|---|---|
| Todd M. Friedman (SBN 216752)<br>Adrian R. Bacon (SBN 280332)<br>Meghan E. George (SBN 274525)<br>LAW OFFICES OF TODD M. FRIEDMAN, P.C.<br>21550 Oxnard St., Suite 780<br>Woodland Hills, CA 91367<br>Phone: 877-206-4741<br>Fax: 866-633-0228<br>Email: tfriedman@toddflaw.com<br>   abacon@toddflaw.com<br>   mgeorge@toddflaw.com | *Attorneys for Plaintiff,*<br>*ABANTE ROOTER AND*<br>*PLUMBING INC.* |

☒  **BY ELECTRONIC FILING:** I am familiar with the United States District Court, Northern District of California's practice for collecting and processing electronic filings. Under that practice, documents are electronically filed with the court. The court's CM/ECF system will generate a Notice of Electronic Filing (NEF) to the filing party, the assigned judge, and any registered users in the case. The NEF will constitute service of the document. Registration as a CM/ECF user constitutes consent to electronic service through the court's transmission facilities. Under said practice, the CM/ECF users in the attached Service List were served.

Executed on January 10, 2018, at Los Angeles, California.

 I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

_____
DIA S. ALESSI