**BLANK ROME LLP**
Ana Tagvoryan (SBN 246536)
ATagvoryan@BlankRome.com
Harrison Brown (SBN 291503)
HBrown@BlankRome.com
2029 Century Park East, 6th Floor
Los Angeles, CA 90067
Telephone:    424.239.3400
Facsimile:    424.239.3434

*Attorneys for Defendant*
BIZLENDER LLC

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ABANTE ROOTER AND PLUMBING INC, a California corporation, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>BIZLENDER LLC, a Delaware limited liability company, and DOES 1 through 10, inclusive,<br><br>Defendants. | Case No. 3:17-cv-06863-MMC<br><br>**DEFENDANT BIZLENDER LLC'S NOTICE OF MOTION AND MOTION TO ENFORCE SETTLEMENT, IMPOSE SANCTIONS, AND AWARD ATTORNEY'S FEES**<br><br>Date:           February 22, 2019<br>Time:          9:00 a.m.<br>Judge:         Maxine M. Chesney<br>Courtroom: 7<br><br>Complaint Filed:   November 29, 2017<br>Trial Date:            N/A |

**TO ALL PARTIES AND THEIR COUNSEL OF RECORD:**

**PLEASE TAKE NOTICE** that on February 22, 2019, at 9:00 a.m., in San Francisco Courthouse, Courtroom 7, 450 Golden Gate Avenue, 19th Floor, San Francisco, CA 94102, before the Honorable Maxine M. Chesney, Defendant BIZLENDER LLC ("Defendant") will and hereby does move to enforce the mutually agreed-upon Release and Confidential Settlement Agreement (the "Agreement") between itself and Plaintiff ABANTE ROOTER AND PLUMBING INC. ("Plaintiff"). Additionally, due to Plaintiff's bad faith and undue delay in reneging as to, and attempting to renegotiate, the mutually agreed-upon terms of the Agreement, Defendant seeks sanctions against Plaintiff in the amount of $100 per day from January 3, 2019; and recovery of its attorney's fees required in preparing this motion (and the concurrently filed motion to file documents under seal in connection therewith), review of any opposition by Plaintiff, any subsequent reply brief, and attendance (by telephone) at the hearing, which Defendant estimates will be $7,961.78.

This motion is based on this Notice of Motion and Motion, the Memorandum of Points and Authorities, the Declaration of Ana Tagvoryan, all papers on file with this Court, and upon such oral argument and/or documentary matters as may be presented to this Court at or before the hearing on this motion.

Defendant further requests that its Los Angeles-based counsel be permitted to attend the hearing on this motion by telephone.

Dated: January 11, 2019                **BLANK ROME LLP**

By: */s/ Ana Tagvoryan*
    Ana Tagvoryan
    Harrison Brown
    *Attorneys for Defendant*
    BIZLENDER LLC