1

**BLANK ROME LLP**
Ana Tagvoryan (SBN 246536)
ATagvoryan@BlankRome.com
Harrison Brown (SBN 291503)
HBrown@BlankRome.com
2029 Century Park East, 6th Floor
Los Angeles, CA 90067
Telephone:    424.239.3400
Facsimile:    424.239.3434

2

3

4

5

6

*Attorneys for Defendant*
BIZLENDER LLC

7

8

**UNITED STATES DISTRICT COURT**

9

**NORTHERN DISTRICT OF CALIFORNIA**

10

11

ABANTE ROOTER AND PLUMBING INC, a
California corporation, individually and on behalf
of all others similarly situated,

12

Plaintiff,

13

14

v.

15

BIZLENDER LLC, a Delaware limited liability
company, and DOES 1 through 10, inclusive,

16

Defendants.

17

18

19

Case No. 3:17-cv-06863-MMC

**DECLARATION OF ANA TAGVORYAN
IN SUPPORT OF DEFENDANT
BIZLENDER LLC'S MOTION TO
ENFORCE SETTLEMENT, IMPOSE
SANCTIONS, AND AWARD
ATTORNEY'S FEES**

Date:          February 22, 2019
Time:          9:00 a.m.
Judge:        Maxine M. Chesney
Courtroom:  7

Complaint Filed:  November 29, 2017
Trial Date:          Not Set

20

21

22

23

24

25

26

27

28

## **DECLARATION OF ANA TAGVORYAN**

I, Ana Tagvoryan, do declare as follows:

1.       I am a member of the State Bar of California; a partner at the firm Blank Rome LLP, counsel for BizLender LLC ("BizLender") in the above-captioned action; and one of the attorneys responsible for handling this action on behalf of BizLender. I make this declaration of my personal knowledge and my review of the litigation file kept in the ordinary course of business, and could and would testify competently hereto. I submit this declaration in support of Defendant BizLender LLC's Motion to Enforce Settlement, Impose Sanctions, and Award Attorney's Fees ("Motion").

2.       I attended the Early Neutral Evaluation ("ENE") on behalf of BizLender in the above-entitled case, which was held on June 18, 2018, before Evaluator N. Kathleen Strickland.

3.       Attached as **Exhibit A and filed under seal** is a true and correct copy of the Release and Confidential Settlement Agreement (the "Agreement") proposed by Plaintiff Abante Rooter and Plumbing Inc. ("Abante") to BizLender on November 29, 2018, and agreed to by BizLender on December 12, 2018. Also included is a true and correct copy of the same Agreement executed and transmitted by BizLender and its counsel on December 14, 2018.

4.       Attached collectively as **Exhibit B** are true and correct copies of emails between BizLender's counsel and Abante and its counsel following the ENE.

5.       Attached as **Exhibit C and filed under seal** is a true and correct copy of the Terms of Settlement from the ENE.

6.       Since December 14, 2018, when BizLender transmitted its signed agreement to Abante's counsel, BizLender's attorneys at Blank Rome LLP have collectively spent 16.2 hours on this matter, including preparing this motion and the concurrently filed motion to file documents under seal, resulting in attorney's fees of $6,084.00.  I anticipate that review of the opposition papers, preparation of the reply in support of this motion, and attendance (by telephone) at the hearing on this motion will result in an additional 5 hours and $1,877.78 in attorney's fees, for a total of $7,961.78.

DECLARATION IN SUPPORT OF DEFENDANT'S MOTION TO ENFORCE SETTLEMENT

7.      Prior to filing this motion, BizLender's attorneys attempted to confer with counsel for Abante in a good faith effort to resolve the issues raised herein without the Court's intervention, including by emailing counsel on January 7, 2019.  BizLender's attorneys received no response.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed this 11th day of January, 2019, at Los Angeles, California.


                                        /s/ Ana Tagvoryan
                                        Ana Tagvoryan