# EXHIBIT B

# Brown, Harrison M.

| | |
|---|---|
| **From:** | Tom Wheeler <twheeler@toddflaw.com> |
| **Sent:** | Tuesday, August 14, 2018 2:38 PM |
| **To:** | Brown, Harrison M.; Adrian Bacon; Todd Friedman |
| **Cc:** | Tagvoryan, Ana |
| **Subject:** | RE: BizLender/Abante: Settlement Agreement |

Thanks Harrison. I'll follow-up with Abante.

Tom Wheeler, Esq.
Law Offices of Todd M Friedman, P.C.
866 598 5042 ext 614
866 633 0228 facsimile
www.toddflaw.com

---

**From:** Brown, Harrison M. [mailto:HBrown@blankrome.com]
**Sent:** Tuesday, August 14, 2018 2:37 PM
**To:** Tom Wheeler ; Adrian Bacon ; Todd Friedman
**Cc:** Tagvoryan, Ana
**Subject:** RE: BizLender/Abante: Settlement Agreement

Hi Tom,

I am following up for a final time. We sent you the agreement six weeks ago to the day. If you would like the settlement money, let us know.

Thanks,

--Harrison


**Harrison M. Brown** | BLANKROME
2029 Century Park East | 6th Floor | Los Angeles, CA 90067
O: 424.239.3400 | D: 424.239.3433 | F: 424.239.3398
hbrown@blankrome.com

---

**From:** Brown, Harrison M.
**Sent:** Monday, August 6, 2018 11:59 AM
**To:** 'Tom Wheeler' <twheeler@toddflaw.com>; Adrian Bacon <abacon@toddflaw.com>; Todd Friedman <TFriedman@toddflaw.com>
**Cc:** Tagvoryan, Ana <ATagvoryan@BlankRome.com>
**Subject:** RE: BizLender/Abante: Settlement Agreement

Hi Tom,

Are we good to go here? It is my understanding that Sara is Mr. Heidarpour's wife. If that is not her name, please correct it in the agreement.

Thanks,

1

--Harrison


**Harrison M. Brown** | BLANKROME
2029 Century Park East | 6th Floor | Los Angeles, CA 90067
O: 424.239.3400 | D: 424.239.3433 | F: 424.239.3398
hbrown@blankrome.com

---

**From:** Tom Wheeler [mailto:twheeler@toddflaw.com]
**Sent:** Tuesday, July 24, 2018 12:25 PM
**To:** Brown, Harrison M. <HBrown@blankrome.com>; Adrian Bacon <abacon@toddflaw.com>; Todd Friedman <TFriedman@toddflaw.com>
**Cc:** Tagvoryan, Ana <ATagvoryan@BlankRome.com>
**Subject:** RE: BizLender/Abante: Settlement Agreement

This is fine on my end, though I have no idea who Sara Avante is. I'll ask Abante.

-Tom
Tom Wheeler, Esq.
Law Offices of Todd M Friedman, P.C.
866 598 5042 ext 614
866 633 0228 facsimile
www.toddflaw.com

---

**From:** Brown, Harrison M. [mailto:HBrown@blankrome.com]
**Sent:** Tuesday, July 24, 2018 12:22 PM
**To:** Tom Wheeler <twheeler@toddflaw.com>; Adrian Bacon <abacon@toddflaw.com>; Todd Friedman <TFriedman@toddflaw.com>
**Cc:** Tagvoryan, Ana <ATagvoryan@BlankRome.com>
**Subject:** RE: BizLender/Abante: Settlement Agreement

Hi Adrian and Tom,

Following up on the draft settlement agreement that we sent on July 3.

Thanks,

--Harrison


**Harrison M. Brown** | BLANKROME
2029 Century Park East | 6th Floor | Los Angeles, CA 90067
O: 424.239.3400 | D: 424.239.3433 | F: 424.239.3398
hbrown@blankrome.com

---

**From:** Tom Wheeler [mailto:twheeler@toddflaw.com]
**Sent:** Wednesday, July 11, 2018 10:43 AM
**To:** Brown, Harrison M. <HBrown@blankrome.com>; Adrian Bacon <abacon@toddflaw.com>
**Cc:** Tagvoryan, Ana <ATagvoryan@BlankRome.com>
**Subject:** RE: BizLender/Abante: Settlement Agreement

I'll get to it this week.

Thanks,
Tom
Tom Wheeler, Esq.
Law Offices of Todd M Friedman, P.C.
866 598 5042 ext 614
866 633 0228 facsimile
www.toddflaw.com

---

**From:** Brown, Harrison M. [mailto:HBrown@blankrome.com]
**Sent:** Wednesday, July 11, 2018 10:42 AM
**To:** Tom Wheeler <twheeler@toddflaw.com>; Adrian Bacon <abacon@toddflaw.com>
**Cc:** Tagvoryan, Ana <ATagvoryan@BlankRome.com>
**Subject:** RE: BizLender/Abante: Settlement Agreement

Hi Tom and Adrian,

Please advise if you have any edits to the draft settlement agreement.

Thanks,

--Harrison


**Harrison M. Brown** | BLANKROME
2029 Century Park East | 6th Floor | Los Angeles, CA 90067
O: 424.239.3400 | D: 424.239.3433 | F: 424.239.3398
hbrown@blankrome.com

---

**From:** Brown, Harrison M.
**Sent:** Friday, July 6, 2018 11:55 AM
**To:** 'Tom Wheeler' <twheeler@toddflaw.com>; 'Adrian Bacon' <abacon@toddflaw.com>
**Cc:** Tagvoryan, Ana <ATagvoryan@BlankRome.com>
**Subject:** RE: BizLender/Abante: Settlement Agreement

Hi Tom,

Following up about this.

Thanks,

--Harrison


**Harrison M. Brown** | BLANKROME
2029 Century Park East | 6th Floor | Los Angeles, CA 90067
O: 424.239.3400 | D: 424.239.3433 | F: 424.239.3398
hbrown@blankrome.com

3

**From:** Brown, Harrison M.
**Sent:** Tuesday, July 3, 2018 2:29 PM
**To:** 'Tom Wheeler' <twheeler@toddflaw.com>; 'Adrian Bacon' <abacon@toddflaw.com>
**Cc:** Tagvoryan, Ana <ATagvoryan@BlankRome.com>
**Subject:** BizLender/Abante: Settlement Agreement

Hi Tom,

Attached, please see a draft settlement agreement and stipulation of dismissal, and a copy of the terms sheet. Please review the agreement and dismissal and advise if you have any edits.

Thanks,

--Harrison


**Harrison M. Brown** | BLANKROME
2029 Century Park East | 6th Floor | Los Angeles, CA 90067
O: 424.239.3400 | D: 424.239.3433 | F: 424.239.3398
hbrown@blankrome.com

********************************************************************************************

This message and any attachments may contain confidential or privileged information and are only for the use of the intended recipient of this message. If you are not the intended recipient, please notify the Blank Rome LLP or Blank Rome Government Relations LLC sender by return email, and delete or destroy this and all copies of this message and all attachments. Any unauthorized disclosure, use, distribution, or reproduction of this message or any attachments is prohibited and may be unlawful.

********************************************************************************************

# Brown, Harrison M.

| | |
|---|---|
| **From:** | Brown, Harrison M. |
| **Sent:** | Wednesday, December 12, 2018 10:19 AM |
| **To:** | Tom Wheeler |
| **Cc:** | Tagvoryan, Ana; Adrian Bacon; Todd Friedman |
| **Subject:** | RE: Bizlender/Abante: Settlement |
| **Attachments:** | 112484275-v5-BizLenderAbante Settlement Agreement.pdf; (109925007)_(1)_BizLender_Abante_ Settlement Agreement - Ex. A - Stipulation of Dismissal With Prejudice.DOCX |

Hi Tom,

The changes are acceptable. I went ahead and created a PDF copy for execution. The only edit was to change the dates in the signature block from "September __, 2018" to "December __, 2018." I also revised Exhibit A, the stipulation of dismissal, in the same manner.

It is important that we wrap this up. Please have your clients execute the settlement agreement as soon as possible.

Thanks,

--Harrison


**Harrison Brown** | BLANKROME

2029 Century Park East | 6th Floor | Los Angeles, CA 90067
O: 424.239.3400 | F: 424.239.3398 | D: 424.239.3433
hbrown@blankrome.com

---

**From:** Tom Wheeler [mailto:twheeler@toddflaw.com]
**Sent:** Thursday, November 29, 2018 7:19 PM
**To:** Brown, Harrison M. <HBrown@blankrome.com>
**Cc:** Tagvoryan, Ana <ATagvoryan@BlankRome.com>; Adrian Bacon <abacon@toddflaw.com>; Todd Friedman <TFriedman@toddflaw.com>
**Subject:** Re: Bizlender/Abante: Settlement

You as well.

On Nov 29, 2018, at 7:17 PM, Brown, Harrison M. <HBrown@blankrome.com> wrote:

> Thanks Tom. We can take care of it. Will review and let you know if we have any comments. Otherwise, we'll send to our client. Have a good night.
>
>
> **Harrison Brown** | BLANKROME
>
> 2029 Century Park East | 6th Floor | Los Angeles, CA 90067
> O: 424.239.3400 | F: 424.239.3398 | D: 424.239.3433
> hbrown@blankrome.com

1

**From:** Tom Wheeler [mailto:twheeler@toddflaw.com]
**Sent:** Thursday, November 29, 2018 6:34 PM
**To:** Brown, Harrison M. <HBrown@blankrome.com>
**Cc:** Tagvoryan, Ana <ATagvoryan@BlankRome.com>; Adrian Bacon <abacon@toddflaw.com>; Todd Friedman <TFriedman@toddflaw.com>
**Subject:** RE: Bizlender/Abante: Settlement

Here's where I'm at. Does this work on your side? If you need me to run a redline I can.

Tom Wheeler, Esq.
Law Offices of Todd M Friedman, P.C.
866 598 5042 ext 614
866 633 0228 facsimile
www.toddflaw.com

---

**From:** Brown, Harrison M. [mailto:HBrown@blankrome.com]
**Sent:** Thursday, November 29, 2018 6:26 PM
**To:** Tom Wheeler <twheeler@toddflaw.com>
**Cc:** Tagvoryan, Ana <ATagvoryan@BlankRome.com>; Adrian Bacon <abacon@toddflaw.com>; Todd Friedman <TFriedman@toddflaw.com>
**Subject:** RE: Bizlender/Abante: Settlement

Sure, I get that. But we resolved our differences during our phone call on October 17, wherein you said that you would revise the agreement and send it back to us. How much more time do you need to make that revision?

**Harrison Brown** | BLANKROME
2029 Century Park East | 6th Floor | Los Angeles, CA 90067
O: 424.239.3400 | F: 424.239.3398 | D: 424.239.3433
hbrown@blankrome.com

---

**From:** Tom Wheeler [mailto:twheeler@toddflaw.com]
**Sent:** Thursday, November 29, 2018 6:24 PM
**To:** Brown, Harrison M. <HBrown@blankrome.com>
**Cc:** Tagvoryan, Ana <ATagvoryan@BlankRome.com>; Adrian Bacon <abacon@toddflaw.com>; Todd Friedman <TFriedman@toddflaw.com>
**Subject:** Re: Bizlender/Abante: Settlement

We are, but we are still working on the release language. As noted, we are fine with the specific terms of the MOU, but in expanding on them in the settlement agreement it became overbroad.

On Nov 29, 2018, at 6:18 PM, Brown, Harrison M. <HBrown@blankrome.com> wrote:

> Anyone interested in settling this case? It has only been 5 months since the ENE.
>
> **Harrison Brown** | BLANKROME
> 2029 Century Park East | 6th Floor | Los Angeles, CA 90067
> O: 424.239.3400 | F: 424.239.3398 | D: 424.239.3433

2

hbrown@blankrome.com

---

**From:** Brown, Harrison M.
**Sent:** Monday, November 26, 2018 3:01 PM
**To:** 'Tom Wheeler' <twheeler@toddflaw.com>
**Cc:** Tagvoryan, Ana <ATagvoryan@BlankRome.com>; Adrian Bacon <abacon@toddflaw.com>; Todd Friedman <TFriedman@toddflaw.com>
**Subject:** RE: Bizlender/Abante: Settlement

Hi Tom,

Following up.

Thanks,

--Harrisoln

**Harrison Brown** | BLANKROME
2029 Century Park East | 6th Floor | Los Angeles, CA 90067
O: 424.239.3400 | F: 424.239.3398 | D: 424.239.3433
hbrown@blankrome.com

---

**From:** Tom Wheeler [mailto:twheeler@toddflaw.com]
**Sent:** Monday, November 5, 2018 6:16 PM
**To:** Brown, Harrison M. <HBrown@blankrome.com>
**Cc:** Tagvoryan, Ana <ATagvoryan@BlankRome.com>; Adrian Bacon <abacon@toddflaw.com>; Todd Friedman <TFriedman@toddflaw.com>
**Subject:** RE: Bizlender/Abante: Settlement

Hi Harrison,

Still working on it. Hopefully should have it this week.

Thanks,
Tom
Tom Wheeler, Esq.
Law Offices of Todd M Friedman, P.C.
866 598 5042 ext 614
866 633 0228 facsimile
www.toddflaw.com

---

**From:** Brown, Harrison M. [mailto:HBrown@blankrome.com]
**Sent:** Monday, November 05, 2018 6:16 PM
**To:** Tom Wheeler <twheeler@toddflaw.com>
**Cc:** Tagvoryan, Ana <ATagvoryan@BlankRome.com>; Adrian Bacon <abacon@toddflaw.com>; Todd Friedman <TFriedman@toddflaw.com>
**Subject:** RE: Bizlender/Abante: Settlement

Hi Tom,

3

Following up on our phone conversation from October 17.  Do you have the revised agreement yet?

Thanks,

--Harrison


**Harrison Brown** | BLANKROME
2029 Century Park East | 6th Floor | Los Angeles, CA 90067
O: 424.239.3400 | F: 424.239.3398 | D: 424.239.3433
hbrown@blankrome.com

---

**From:** Tom Wheeler [mailto:twheeler@toddflaw.com]
**Sent:** Thursday, October 4, 2018 10:45 AM
**To:** Brown, Harrison M. <HBrown@blankrome.com>
**Cc:** Tagvoryan, Ana <ATagvoryan@BlankRome.com>; Adrian Bacon <abacon@toddflaw.com>; Todd Friedman <TFriedman@toddflaw.com>
**Subject:** RE: Bizlender/Abante: Settlement

Harrison,

Our problem is that because of the ban on future proceedings by Abante, we're concerned about the breadth of "Defendant Releasees" as being beyond the scope we agreed to, namely a release and prospective ban for BizLender.  I'm fine giving a broad release of current claims, including potentially parents and affiliates (even if I don't think the MOU clearly encompassed them). I'd be fine giving the prospective ban in declaring that Abante will not sue Bizlender, including for any acts by its parents or affiliates, but not a release of those parents and affiliates completely, which is what the release currently defines.  Part of the problem is also that we do not know who Bizlender's "affiliates" are.

I've red-lined this differentiation. Let me know if you want to get on a call to discuss—perhaps we can get to the bottom of this and finally get this wrapped up without needing to seek the Court's opinion on the MOU.

Thanks,
Tom
Tom Wheeler, Esq.
Law Offices of Todd M Friedman, P.C.
866 598 5042 ext 614
866 633 0228 facsimile
www.toddflaw.com

---

**From:** Brown, Harrison M. [mailto:HBrown@blankrome.com]
**Sent:** Monday, September 24, 2018 5:41 PM
**To:** Tom Wheeler <twheeler@toddflaw.com>
**Cc:** Tagvoryan, Ana <ATagvoryan@BlankRome.com>
**Subject:** Bizlender/Abante: Settlement

4

Tom,

Please see the attached.  Bizlender agrees to your proposed change from PA to CA law and venue.  The released parties remain the same, but the paragraph clarifies the scope of the released claims.  Please confirm receipt and let us know if we can wrap this up.

Thanks,

--Harrison


**Harrison Brown** | BLANKROME
2029 Century Park East | 6th Floor | Los Angeles, CA 90067
O: 424.239.3400 | F: 424.239.3398 | D: 424.239.3433
hbrown@blankrome.com

******************************************************************
**************************************

This message and any attachments may contain confidential or privileged information and are only for the use of the intended recipient of this message. If you are not the intended recipient, please notify the Blank Rome LLP or Blank Rome Government Relations LLC sender by return email, and delete or destroy this and all copies of this message and all attachments. Any unauthorized disclosure, use, distribution, or reproduction of this message or any attachments is prohibited and may be unlawful.

******************************************************************
**************************************

# Brown, Harrison M.

| | |
|---|---|
| **From:** | Tom Wheeler <twheeler@toddflaw.com> |
| **Sent:** | Thursday, December 27, 2018 9:08 AM |
| **To:** | Brown, Harrison M. |
| **Cc:** | Tagvoryan, Ana; Adrian Bacon; Todd Friedman |
| **Subject:** | Re: Bizlender/Abante: Settlement |

Telephone number is REDACTED 7447 and his email is Abanteplumbing@gmail.com.

On Dec 27, 2018, at 8:34 AM, Brown, Harrison M. <HBrown@blankrome.com> wrote:

> Adrian,
>
> We received out-of-office notices from Tom and Todd in response to my email below.  Can you please respond in their absence?  If you contend that your office no longer represents Abante, then we will reach out to Abante directly.
>
> Thanks,
>
> --Harrison
>
>
> **Harrison Brown** | **BLANKROME**
> 2029 Century Park East | 6th Floor | Los Angeles, CA 90067
> O: 424.239.3400 | F: 424.239.3398 | D: 424.239.3433
> hbrown@blankrome.com
>
>
> **From:** Brown, Harrison M.
> **Sent:** Thursday, December 27, 2018 7:32 AM
> **To:** 'Tom Wheeler' <twheeler@toddflaw.com>
> **Cc:** Tagvoryan, Ana <ATagvoryan@BlankRome.com>; 'Adrian Bacon' <abacon@toddflaw.com>; 'Todd Friedman' <TFriedman@toddflaw.com>
> **Subject:** RE: Bizlender/Abante: Settlement
>
> Tom,
>
> I am following up on my request.  We noticed that on the same day you represented that your office no longer represents Abante, your office filed the attached complaint on behalf of Abante.  Please send us the executed settlement agreement today.
>
> Thanks,
>
> --Harrison
>
>
> **Harrison Brown** | **BLANKROME**

1

2029 Century Park East | 6th Floor | Los Angeles, CA 90067
O: 424.239.3400 | F: 424.239.3398 | D: 424.239.3433
hbrown@blankrome.com

**From:** Brown, Harrison M.
**Sent:** Friday, December 21, 2018 10:56 AM
**To:** 'Tom Wheeler' <twheeler@toddflaw.com>
**Cc:** Tagvoryan, Ana <ATagvoryan@BlankRome.com>; Adrian Bacon <abacon@toddflaw.com>; Todd Friedman <TFriedman@toddflaw.com>
**Subject:** RE: Bizlender/Abante: Settlement

We need the information so that we can serve them with a motion to enforce the settlement agreement, if necessary.  Please provide it to us.  Thanks.


**Harrison Brown** | BLANKROME
2029 Century Park East | 6th Floor | Los Angeles, CA 90067
O: 424.239.3400 | F: 424.239.3398 | D: 424.239.3433
hbrown@blankrome.com

**From:** Tom Wheeler [mailto:twheeler@toddflaw.com]
**Sent:** Friday, December 21, 2018 10:55 AM
**To:** Brown, Harrison M. <HBrown@blankrome.com>
**Cc:** Tagvoryan, Ana <ATagvoryan@BlankRome.com>; Adrian Bacon <abacon@toddflaw.com>; Todd Friedman <TFriedman@toddflaw.com>
**Subject:** RE: Bizlender/Abante: Settlement

Let me ask what information they'd like to communicate. I'll let you know as soon as I do.

-Tom
Tom Wheeler, Esq.
Law Offices of Todd M Friedman, P.C.
866 598 5042 ext 614
866 633 0228 facsimile
www.toddflaw.com

**From:** Brown, Harrison M. [mailto:HBrown@blankrome.com]
**Sent:** Friday, December 21, 2018 10:50 AM
**To:** Tom Wheeler <twheeler@toddflaw.com>
**Cc:** Tagvoryan, Ana <ATagvoryan@BlankRome.com>; Adrian Bacon <abacon@toddflaw.com>; Todd Friedman <TFriedman@toddflaw.com>
**Subject:** RE: Bizlender/Abante: Settlement

Is Abante represented by different counsel?  If so, who?  If not, please provide us Abante's contact information so that we may reach out to them directly.  Thanks.


**Harrison Brown** | BLANKROME

2

2029 Century Park East | 6th Floor | Los Angeles, CA 90067
O: 424.239.3400 | F: 424.239.3398 | D: 424.239.3433
hbrown@blankrome.com

---

**From:** Tom Wheeler [mailto:twheeler@toddflaw.com]
**Sent:** Friday, December 21, 2018 10:48 AM
**To:** Brown, Harrison M. <HBrown@blankrome.com>
**Cc:** Tagvoryan, Ana <ATagvoryan@BlankRome.com>; Adrian Bacon <abacon@toddflaw.com>; Todd Friedman <TFriedman@toddflaw.com>
**Subject:** RE: Bizlender/Abante: Settlement

Hi Harrison,

Unfortunately, we are no longer representing Abante Rooter & Plumbing in this matter. I have advised them of the status of it and of your information should they want to reach out on it.

Thanks,
Tom
Tom Wheeler, Esq.
Law Offices of Todd M Friedman, P.C.
866 598 5042 ext 614
866 633 0228 facsimile
www.toddflaw.com

---

**From:** Brown, Harrison M. [mailto:HBrown@blankrome.com]
**Sent:** Friday, December 21, 2018 10:39 AM
**To:** Tom Wheeler <twheeler@toddflaw.com>
**Cc:** Tagvoryan, Ana <ATagvoryan@BlankRome.com>; Adrian Bacon <abacon@toddflaw.com>; Todd Friedman <TFriedman@toddflaw.com>
**Subject:** RE: Bizlender/Abante: Settlement

Hi Tom,

Following up to make sure we are on target for full execution today.

Thanks,

--Harrison


**Harrison Brown** | BLANKROME
2029 Century Park East | 6th Floor | Los Angeles, CA 90067
O: 424.239.3400 | F: 424.239.3398 | D: 424.239.3433
hbrown@blankrome.com

---

**From:** Tom Wheeler [mailto:twheeler@toddflaw.com]
**Sent:** Friday, December 14, 2018 11:02 AM
**To:** Brown, Harrison M. <HBrown@blankrome.com>
**Cc:** Tagvoryan, Ana <ATagvoryan@BlankRome.com>; Adrian Bacon <abacon@toddflaw.com>; Todd

3

Friedman <TFriedman@toddflaw.com>
**Subject:** RE: Bizlender/Abante: Settlement

Within the next week.

Tom Wheeler, Esq.
Law Offices of Todd M Friedman, P.C.
866 598 5042 ext 614
866 633 0228 facsimile
www.toddflaw.com

---

**From:** Brown, Harrison M. [mailto:HBrown@blankrome.com]
**Sent:** Friday, December 14, 2018 11:01 AM
**To:** Tom Wheeler <twheeler@toddflaw.com>
**Cc:** Tagvoryan, Ana <ATagvoryan@BlankRome.com>; Adrian Bacon <abacon@toddflaw.com>; Todd Friedman <TFriedman@toddflaw.com>
**Subject:** RE: Bizlender/Abante: Settlement

Hi Tom,

Please see attached the signed agreement.  Do you have an ETA for your clients' signatures?

Thanks,

--Harrison


**Harrison Brown** | BLANKROME
2029 Century Park East | 6th Floor | Los Angeles, CA 90067
O: 424.239.3400 | F: 424.239.3398 | D: 424.239.3433
hbrown@blankrome.com

---

**From:** Tom Wheeler [mailto:twheeler@toddflaw.com]
**Sent:** Thursday, December 13, 2018 3:01 PM
**To:** Brown, Harrison M. <HBrown@blankrome.com>
**Cc:** Tagvoryan, Ana <ATagvoryan@BlankRome.com>; Adrian Bacon <abacon@toddflaw.com>; Todd Friedman <TFriedman@toddflaw.com>
**Subject:** RE: Bizlender/Abante: Settlement

Confirmed, I passed it on to client.

-Tom
Tom Wheeler, Esq.
Law Offices of Todd M Friedman, P.C.
866 598 5042 ext 614
866 633 0228 facsimile
www.toddflaw.com

---

**From:** Brown, Harrison M. [mailto:HBrown@blankrome.com]
**Sent:** Thursday, December 13, 2018 3:00 PM

4

**To:** Tom Wheeler <twheeler@toddflaw.com>
**Cc:** Tagvoryan, Ana <ATagvoryan@BlankRome.com>; Adrian Bacon <abacon@toddflaw.com>; Todd Friedman <TFriedman@toddflaw.com>
**Subject:** RE: Bizlender/Abante: Settlement

Tom, can you please confirm receipt? Thanks.


**Harrison Brown** | BLANKROME
2029 Century Park East | 6th Floor | Los Angeles, CA 90067
O: 424.239.3400 | F: 424.239.3398 | D: 424.239.3433
hbrown@blankrome.com


**From:** Brown, Harrison M.
**Sent:** Wednesday, December 12, 2018 10:19 AM
**To:** 'Tom Wheeler' <twheeler@toddflaw.com>
**Cc:** Tagvoryan, Ana <ATagvoryan@BlankRome.com>; Adrian Bacon <abacon@toddflaw.com>; Todd Friedman <TFriedman@toddflaw.com>
**Subject:** RE: Bizlender/Abante: Settlement

Hi Tom,

The changes are acceptable.  I went ahead and created a PDF copy for execution.  The only edit was to change the dates in the signature block from "September __, 2018" to "December __, 2018."  I also revised Exhibit A, the stipulation of dismissal, in the same manner.

It is important that we wrap this up.  Please have your clients execute the settlement agreement as soon as possible.

Thanks,

--Harrison


**Harrison Brown** | BLANKROME
2029 Century Park East | 6th Floor | Los Angeles, CA 90067
O: 424.239.3400 | F: 424.239.3398 | D: 424.239.3433
hbrown@blankrome.com


**From:** Tom Wheeler [mailto:twheeler@toddflaw.com]
**Sent:** Thursday, November 29, 2018 7:19 PM
**To:** Brown, Harrison M. <HBrown@blankrome.com>
**Cc:** Tagvoryan, Ana <ATagvoryan@BlankRome.com>; Adrian Bacon <abacon@toddflaw.com>; Todd Friedman <TFriedman@toddflaw.com>
**Subject:** Re: Bizlender/Abante: Settlement

You as well.

On Nov 29, 2018, at 7:17 PM, Brown, Harrison M. <HBrown@blankrome.com> wrote:

Thanks Tom.  We can take care of it.  Will review and let you know if we have any comments.  Otherwise, we'll send to our client.  Have a good night.

**Harrison Brown** | BLANKROME
2029 Century Park East | 6th Floor | Los Angeles, CA 90067
O: 424.239.3400 | F: 424.239.3398 | D: 424.239.3433
hbrown@blankrome.com

**From:** Tom Wheeler [mailto:twheeler@toddflaw.com]
**Sent:** Thursday, November 29, 2018 6:34 PM
**To:** Brown, Harrison M. <HBrown@blankrome.com>
**Cc:** Tagvoryan, Ana <ATagvoryan@BlankRome.com>; Adrian Bacon <abacon@toddflaw.com>; Todd Friedman <TFriedman@toddflaw.com>
**Subject:** RE: Bizlender/Abante: Settlement

Here's where I'm at. Does this work on your side? If you need me to run a redline I can.

Tom Wheeler, Esq.
Law Offices of Todd M Friedman, P.C.
866 598 5042 ext 614
866 633 0228 facsimile
www.toddflaw.com

**From:** Brown, Harrison M. [mailto:HBrown@blankrome.com]
**Sent:** Thursday, November 29, 2018 6:26 PM
**To:** Tom Wheeler <twheeler@toddflaw.com>
**Cc:** Tagvoryan, Ana <ATagvoryan@BlankRome.com>; Adrian Bacon <abacon@toddflaw.com>; Todd Friedman <TFriedman@toddflaw.com>
**Subject:** RE: Bizlender/Abante: Settlement

Sure, I get that.  But we resolved our differences during our phone call on October 17, wherein you said that you would revise the agreement and send it back to us.  How much more time do you need to make that revision?

**Harrison Brown** | BLANKROME
2029 Century Park East | 6th Floor | Los Angeles, CA 90067
O: 424.239.3400 | F: 424.239.3398 | D: 424.239.3433
hbrown@blankrome.com

**From:** Tom Wheeler [mailto:twheeler@toddflaw.com]
**Sent:** Thursday, November 29, 2018 6:24 PM
**To:** Brown, Harrison M. <HBrown@blankrome.com>
**Cc:** Tagvoryan, Ana <ATagvoryan@BlankRome.com>; Adrian Bacon <abacon@toddflaw.com>; Todd Friedman <TFriedman@toddflaw.com>
**Subject:** Re: Bizlender/Abante: Settlement

We are, but we are still working on the release language. As noted, we are fine with the specific terms of the MOU, but in expanding on them in the settlement agreement it became overbroad.

On Nov 29, 2018, at 6:18 PM, Brown, Harrison M. <HBrown@blankrome.com> wrote:

Anyone interested in settling this case? It has only been 5 months since the ENE.

**Harrison Brown** | BLANKROME
2029 Century Park East | 6th Floor | Los Angeles, CA 90067
O: 424.239.3400 | F: 424.239.3398 | D: 424.239.3433
hbrown@blankrome.com

**From:** Brown, Harrison M.
**Sent:** Monday, November 26, 2018 3:01 PM
**To:** 'Tom Wheeler' <twheeler@toddflaw.com>
**Cc:** Tagvoryan, Ana <ATagvoryan@BlankRome.com>; Adrian Bacon <abacon@toddflaw.com>; Todd Friedman <TFriedman@toddflaw.com>
**Subject:** RE: Bizlender/Abante: Settlement

Hi Tom,

Following up.

Thanks,

--Harrisoln

**Harrison Brown** | BLANKROME
2029 Century Park East | 6th Floor | Los Angeles, CA 90067
O: 424.239.3400 | F: 424.239.3398 | D: 424.239.3433
hbrown@blankrome.com

**From:** Tom Wheeler [mailto:twheeler@toddflaw.com]
**Sent:** Monday, November 5, 2018 6:16 PM
**To:** Brown, Harrison M. <HBrown@blankrome.com>
**Cc:** Tagvoryan, Ana <ATagvoryan@BlankRome.com>; Adrian Bacon <abacon@toddflaw.com>; Todd Friedman <TFriedman@toddflaw.com>
**Subject:** RE: Bizlender/Abante: Settlement

Hi Harrison,

Still working on it. Hopefully should have it this week.

Thanks,
Tom
Tom Wheeler, Esq.

7

Law Offices of Todd M Friedman, P.C.
866 598 5042 ext 614
866 633 0228 facsimile
www.toddflaw.com

---

**From:** Brown, Harrison M. [mailto:HBrown@blankrome.com]
**Sent:** Monday, November 05, 2018 6:16 PM
**To:** Tom Wheeler <twheeler@toddflaw.com>
**Cc:** Tagvoryan, Ana <ATagvoryan@BlankRome.com>; Adrian Bacon <abacon@toddflaw.com>; Todd Friedman <TFriedman@toddflaw.com>
**Subject:** RE: Bizlender/Abante: Settlement

Hi Tom,

Following up on our phone conversation from October 17. Do you have the revised agreement yet?

Thanks,

--Harrison


**Harrison Brown** | BLANKROME
2029 Century Park East | 6th Floor | Los Angeles, CA 90067
O: 424.239.3400 | F: 424.239.3398 | D: 424.239.3433
hbrown@blankrome.com

---

**From:** Tom Wheeler [mailto:twheeler@toddflaw.com]
**Sent:** Thursday, October 4, 2018 10:45 AM
**To:** Brown, Harrison M. <HBrown@blankrome.com>
**Cc:** Tagvoryan, Ana <ATagvoryan@BlankRome.com>; Adrian Bacon <abacon@toddflaw.com>; Todd Friedman <TFriedman@toddflaw.com>
**Subject:** RE: Bizlender/Abante: Settlement

Harrison,

Our problem is that because of the ban on future proceedings by Abante, we're concerned about the breadth of "Defendant Releasees" as being beyond the scope we agreed to, namely a release and prospective ban for BizLender. I'm fine giving a broad release of current claims, including potentially parents and affiliates (even if I don't think the MOU clearly encompassed them). I'd be fine giving the prospective ban in declaring that Abante will not sue Bizlender, including for any acts by its parents or affiliates, but not a release of those parents and affiliates completely, which is what the release currently defines. Part of the problem is also that we do not know who Bizlender's "affiliates" are.

I've red-lined this differentiation. Let me know if you want to get on a call to discuss—perhaps we can get to the bottom of this and finally get

this wrapped up without needing to seek the Court's opinion on the MOU.

Thanks,
Tom
Tom Wheeler, Esq.
Law Offices of Todd M Friedman, P.C.
866 598 5042 ext 614
866 633 0228 facsimile
www.toddflaw.com

---

**From:** Brown, Harrison M. [mailto:HBrown@blankrome.com]
**Sent:** Monday, September 24, 2018 5:41 PM
**To:** Tom Wheeler <twheeler@toddflaw.com>
**Cc:** Tagvoryan, Ana <ATagvoryan@BlankRome.com>
**Subject:** Bizlender/Abante: Settlement

Tom,

Please see the attached. Bizlender agrees to your proposed change from PA to CA law and venue. The released parties remain the same, but the paragraph clarifies the scope of the released claims. Please confirm receipt and let us know if we can wrap this up.

Thanks,

--Harrison


**Harrison Brown** | BLANKROME
2029 Century Park East | 6th Floor | Los Angeles, CA 90067
O: 424.239.3400 | F: 424.239.3398 | D: 424.239.3433
hbrown@blankrome.com

*********************************************************
***************************************************

This message and any attachments may contain confidential or privileged information and are only for the use of the intended recipient of this message. If you are not the intended recipient, please notify the Blank Rome LLP or Blank Rome Government Relations LLC sender by return email, and delete or destroy this and all copies of this message and all attachments. Any unauthorized disclosure, use, distribution, or reproduction of this message or any attachments is prohibited and may be unlawful.

*********************************************************
***************************************************