UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ABANTE ROOTER AND PLUMBING INC, a California corporation, individually and on behalf of all others similarly situated,<br><br>　　　　　　　　　　　Plaintiff,<br><br>　v.<br><br>BIZLENDER LLC, a Delaware limited liability company, and DOES 1 through 10, inclusive,<br><br>　　　　　　　　　　　Defendants. | Case No. 3:17-cv-06863-MMC<br><br>**[PROPOSED] ORDER GRANTING DEFENDANT BIZLENDER LLC'S MOTION TO ENFORCE SETTLEMENT, IMPOSE SANCTIONS, AND AWARD ATTORNEY'S FEES**<br><br>Date:　　　　February 22, 2019<br>Time:　　　　9:00 a.m.<br>Judge:　　　Maxine M. Chesney<br>Courtroom:　7<br><br>Complaint Filed:　November 29, 2017<br>Trial Date:　　　　N/A |

152219.00601/116605061v.1

[PROPOSED] ORDER GRANTING DEFENDANT BIZLENDER LLC'S MOTION TO ENFORCE SETTLEMENT, IMPOSE SANCTIONS, AND AWARD ATTORNEY'S FEES

Upon the Motion of Defendant BizLender LLC to Enforce Settlement, Impose Sanctions, and Award Attorney's Fees ("Motion"), and any opposition thereto by Plaintiff, the Court, having considered the papers submitted and the oral argument presented by counsel, and finding good cause, HEREBY ORDERS THAT the Motion is GRANTED in its entirety.  The parties are directed to comply with the terms of the settlement agreement.  Sanctions are awarded against Plaintiff and in favor of Bizlender in the amount of $_____.

IT IS SO ORDERED.

Dated: _____

By: _____
Hon. Maxine M. Chesney
UNITED STATES DISTRICT JUDGE