1  BLANK ROME LLP
   Ana Tagvoryan (SBN 246536)
2  ATagvoryan@BlankRome.com
   Harrison Brown (SBN 291503)
3  HBrown@BlankRome.com
   2029 Century Park East, 6th Floor
4  Los Angeles, CA 90067
   Telephone:    424.239.3400
5  Facsimile:    424.239.3434

6  Attorneys for Defendant
   BIZLENDER LLC
7
                        **UNITED STATES DISTRICT COURT**
8
                  **NORTHERN DISTRICT OF CALIFORNIA – SAN FRANCISCO**
9

10 | ABANTE ROOTER AND PLUMBING INC., a California corporation, individually and on behalf of all others similarly situated, | Case No. 4:17-cv-06863-MMC |
   | --- | --- |
   | | *[Assigned to the Hon. Maxine M. Chesney]* |
   | Plaintiff, | **CERTIFICATE OF SERVICE** |
   | vs. | |
   | BIZLENDER LLC, a Delaware limited liability company, and DOES 1 through 10, inclusive, | |
   | Defendants. | |

# CERTIFICATE OF SERVICE

STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

I am employed in the County of Los Angeles, State of California.  I am over the age of 18 and not a party to the within action.  My business address is 2029 Century Park East, 6th Floor, Los Angeles, California 90067.

On **JANUARY 11, 2018**, I served following documents entitled:

1. **DEFENDANT BIZLENDER LLC'S NOTICE OF MOTION AND MOTION TO ENFORCE SETTLEMENT, IMPOSE SANCTIONS, AND AWARD ATTORNEY'S FEES**;
2. **DEFENDANT BIZLENDER, LLC'S MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF MOTION TO ENFORCE SETTLEMENT, IMPOSE SANCTIONS, AND AWARD ATTORNEY'S FEES**;
3. **DECLARATION OF ANA TAGVORYAN IN SUPPORT OF DEFENDANT BIZLENDER, LLC'S MOTION TO ENFORCE SETTLEMENT, IMPOSE SANCTIONS, AND AWARD ATTORNEY'S FEES; AND**
4. **[PROPOSED] ORDER GRANTING DEFENDANT BIZLENDER, LLC'S MOTION TO ENFORCE SETTLEMENT, IMPOSE SANCTIONS, AND AWARD ATTORNEY'S FEES**

on the interested parties in this action, addressed and sent as follows:

**(SEE ATTACHED SERVICE LIST)**

☒ **BY OVERNIGHT MAIL:** I caused such envelope(s) to be deposited in a box or other facility regularly maintained by FedEx, an express service carrier, or delivered to a courier or driver authorized by said express service carrier to receive documents in an envelope designated by the said express service carrier, addressed as indicated, with delivery fees paid or provided for, to be transmitted by FedEx.

☒ **BY E-MAIL OR ELECTRONIC TRANSMISSION (Courtesy):** I caused a courtesy copy to be transmitted by e-mail or electronic transmission to the persons at the e-mail addresses as indicated.

☒ **BY ELECTRONIC FILING:** I am familiar with the United States District Court, Northern District of California's practice for collecting and processing electronic filings.  Under that practice, documents are electronically filed with the court.  The court's CM/ECF system will generate a Notice of Electronic Filing (NEF) to the filing party, the assigned judge, and any registered users in the case.  The NEF will constitute service of the document.  Registration as a CM/ECF user constitutes consent to electronic service through the court's transmission facilities.  Under said practice, the CM/ECF users in the attached Service List were served.

Executed on **JANUARY 11, 2019**, at Los Angeles, California.

I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

_____
CHARMAN S. BEE

**SERVICE LIST**

**VIA ECF**

| | |
|---|---|
| Todd M. Friedman (SBN 216752)<br>Adrian R. Bacon (SBN 280332)<br>Meghan E. George (SBN 274525)<br>LAW OFFICES OF TODD M. FRIEDMAN, P.C.<br>21550 Oxnard St., Suite 780<br>Woodland Hills, CA 91367<br>Phone:   877-206-4741<br>Fax:   866-633-0228<br>Email:   tfriedman@toddflaw.com<br>            abacon@toddflaw.com<br>            mgeorge@toddflaw.com | *Attorneys for Plaintiff,*<br>*ABANTE ROOTER AND*<br>*PLUMBING INC.* |

**VIA OVERNIGHT MAIL & E-MAIL**

Ted Broderick
Ted@broderick-law.com
99 High St, Suite 304
Boston, Massachusetts  02110