1
2
3
4
5
6
7

8                    UNITED STATES DISTRICT COURT

9                    NORTHERN DISTRICT OF CALIFORNIA

10

| 11 | ABANTE ROOTER AND PLUMBING INC, a California corporation, individually and on behalf of all others similarly situated, | Case No. 3:17-cv-06863-MMC |
|---|---|---|
| 12 | | [PROPOSED] ORDER GRANTING ADMINISTRATIVE MOTION TO FILE UNDER SEAL EXHIBITS TO THE DECLARATION OF ANA TAGVORYAN IN SUPPORT OF DEFENDANT BIZLENDER LLC'S MOTION TO ENFORCE SETTLEMENT, IMPOSE SANCTIONS, AND AWARD ATTORNEY'S FEES |
| 13 | Plaintiff, | |
| 14 | v. | |
| 15 | BIZLENDER LLC, a Delaware limited liability company, and DOES 1 through 10, inclusive, | |
| 16 | | |
| 17 | Defendants. | |
| 18 | | Date:         February 22, 2019<br>Time:         9:00 a.m.<br>Judge:        Maxine M. Chesney<br>Courtroom:    7 |
| 19 | | |
| 20 | | Complaint Filed:  November 29, 2017<br>Trial Date:       N/A |

21
22
23
24
25
26
27
28

152219.00601/116604805v.1

[PROPOSED] ORDER GRANTING ADMINISTRATIVE MOTION TO FILE DOCUMENT UNDER SEAL

Upon the Motion for Administrative Relief of Defendant BizLender LLC to File Under Seal Exhibits to the Declaration of Ana Tagvoryan ("Motion"), and any opposition thereto by Plaintiff, the Court, having considered the papers submitted ~~and the oral argument presented by counsel,~~ and finding good cause, HEREBY ORDERS THAT the Motion is GRANTED in its entirety. Exhibits A and C to the Declaration of Ana Tagvoryan ~~are ordered sealed.~~ shall remain under seal.

IT IS SO ORDERED.

Dated: January 24, 2019

By: /s/ Maxine M. Chesney
Hon. Maxine M. Chesney
UNITED STATES DISTRICT JUDGE