1  **LAW OFFICES OF TODD M. FRIEDMAN, P.C.**
   Todd M. Friedman (SBN 216752)
2  tfriedman@ toddflaw.com
   Adrian R. Bacon (SBN 280332)
3  abacon@ toddflaw.com
   21550 Oxnard Street, Suite 780
4  Woodland Hills, CA 91367
   Telephone:    877.206.4741
5  Facsimile:    866.633.0228

6  *Attorneys for Plaintiff*
   ABANTE ROOTER AND PLUMBING INC.
7
   **BLANK ROME LLP**
8  Ana Tagvoryan (SBN 246536)
   ATagvoryan@BlankRome.com
9  Harrison M. Brown (SBN 291503)
   HBrown@BlankRome.com
10 2029 Century Park East, 6th Floor
   Los Angeles, CA 90067
11 Telephone:    424.239.3400
   Facsimile:    424.239.3434
12
   *Attorneys for Defendant*
13 BIZLENDER, LLC

14                    **UNITED STATES DISTRICT COURT**

15                   **NORTHERN DISTRICT OF CALIFORNIA**

| 16  ABANTE ROOTER AND PLUMBING INC, a California corporation, individually and on behalf of all others similarly situated, | Case No. 3:17-cv-06863-MMC |
|---|---|
| 17 | *Assigned to the Hon. Maxine M. Chesney* |
| 18                      Plaintiff, | **JOINT STIPULATION TO DISMISS COMPLAINT WITH PREJUDICE AND WITHDRAW MOTIONS** |
| 19      v. | |
| 20  BIZLENDER LLC, a Delaware limited liability company, and DOES 1 through 10, inclusive, | Complaint Filed:   November 29, 2017<br>Trial Date:        Not Set |
| 21 | |
| 22                      Defendants. | |

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, it is hereby stipulated by the parties hereto that:

1. Plaintiff Abante Rooter and Plumbing Inc. voluntarily dismisses its claims against Defendant BizLender, LLC <u>with</u> prejudice, and the class members' claims without prejudice;

2. Each party shall each bear its own attorney's fees and costs; and

3. Defendant BizLender, LLC withdraws its Administrative Motion to File Under Seal (Docket No. 37) and Motion to Enforce Settlement (Docket No. 38).

**IT IS SO STIPULATED.**

Dated: January 25, 2019     **LAW OFFICES OF TODD M. FRIEDMAN, P.C.**

By: */s/ Todd Friedman*
Todd Friedman
Adrian R. Bacon
*Attorneys for Plaintiff*
ABANTE ROOTER AND PLUMBING INC.

Dated: January 25, 2019     **BLANK ROME LLP**

By: */s/ Ana Tagvoryan*
Ana Tagvoryan
Harrison M. Brown
*Attorneys for Defendant*
BIZLENDER, LLC

**ORDER (L.R. 7-12)**

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: January  25 , 2019

_____
Hon. Maxine M. Chesney